DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CLIVE WALKER,**
Appellant,

v.

**BARBARA DRUMMOND,**
Appellee.

No. 4D2024-3307

[May 7, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Daniel A. Casey, Judge; L.T. Case No. 062022CA014933AXXXCE.

Clive Walker, Fort Lauderdale, pro se.

Lewis J. Levey of The Levey Law Firm, P.A., Miami Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and SHEPHERD, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***